| Case | Target | Date | Time | Duration | Direction | Record Flag | Call Number | Contact ID | Contact Name |
|------|--------|------|------|----------|-----------|-------------|-------------|------------|--------------|



| Case | Target | Date | Time | Duration | Direction | Record Flag | Call Number | Contact ID | Contact Name |
|------|--------|------|------|----------|-----------|-------------|-------------|------------|--------------|
| BB-18-0004 | (702) 559-6753 | 01/16/2019 | 10:31:16 | 00:00:47 | Incoming | Pertinent | 44 | (415) 937-2088 | UM2088 [Customer] |

Synopsis: UM2088 to UM6753

UM2088 said that he was outside and for UM6753 to come out. UM6753 said [U/I] only "ventanas" (windows/ possibly narcotics) and no [U/I]. UM2088 said to go ahead, that there was no problem.

EOC

SB: SAV
RB: ML

| Case | Target | Date | Time | Duration | Direction | Record Flag | Call Number | Contact ID | Contact Name |
|------|--------|------|------|----------|-----------|-------------|-------------|------------|--------------|
| BB-18-0004 | (702) 559-6753 | 01/16/2019 | 11:13:12 | 00:00:00 | Incoming | Pertinent | 46 | (415) 937-2088 | UM2088 [Customer] |

Synopsis: SMS Text: Perro todavia no viene mire k necesito irme temprano chucho
Translation: Dude, you still have not come. I need to leave early, man.

SB: SAV
RB: GR

BB-18-

| Case | Target | Date | Time | Duration | Direction | Record Flag | Call Number | Contact ID | Contact Name |
|------|--------|------|------|----------|-----------|-------------|-------------|------------|--------------|



| BB-18-0004 | (702) 559-6753 | 01/19/2019 | 15:07:55 | 00:00:38 | Incoming | Pertinent | 232 | (415) 937-2088 | UM2088 [Customer] |

Synopsis:    **UM2088 to REANOS-MORENO**

**REANOS-MORENO said he had gotten delayed but would be there in 2 minutes.**
**EOC**
**SB: SAV**
**RB: AF**

| Case | Target | Date | Time | Duration | Direction | Record Flag | Call Number | Contact ID | Contact Name |
|------|--------|------|------|----------|-----------|-------------|-------------|------------|--------------|
| BB-18-0004 | (702) 559-6753 | 01/19/2019 | 15:16:21 | 00:00:24 | Outgoing | Pertinent | 233 | (415) 937-2088 | UM2088 [Customer] |

Synopsis: UM6753 to UM2088

REANOS-MORENO told UM2088 to open up for him. UM2088 said he was on his way.

EOC

SB: SAV
RB: AF

| Case | Target | Date | Time | Duration | Direction | Record Flag | Call Number | Contact ID | Contact Name |
|------|--------|------|------|----------|-----------|-------------|-------------|------------|--------------|



| Case | Target | Date | Time | Duration | Direction | Record Flag | Call Number | Contact ID | Contact Name |
|------|--------|------|------|----------|-----------|-------------|-------------|------------|--------------|
| BB-18-0004 | (702) 559-6753 | 01/20/2019 | 18:48:54 | 00:01:14 | Incoming | Pertinent | 280 | (415) 937-2088 | UM2088 [Customer] |

Synopsis: UM2088 (Possibly Chicky) to REANOS-MORENO

REANOS-MORENO said that he was looking at the numbers and thought that this number would be Chicky's( possibly UM2088). REANOS-MORENO asked UM2088 if he is working. UM2088 acknowledged. REANOS-MORENO said he is calling to let him know work (possibly narcotics) will be at 105 and 110; only the powder (possibly narcotics) will be at 115.

UM2088 said if he told the guy about that and REANOS-MORENO said he would text. REANOS-MORENO said the guy might not be able to fix it right now because the guy is on vacation. UM2088 said the the fucking light thing was fucking with him. REANOS-MORENO said he would check.

EOC
GR
RB: SAV

| Case | Target | Date | Time | Duration | Direction | Record Flag | Call Number | Contact ID | Contact Name |
|------|--------|------|------|----------|-----------|-------------|-------------|------------|--------------|



| Case | Target | Date | Time | Duration | Direction | Record Flag | Call Number | Contact ID | Contact Name |
|------|--------|------|------|----------|-----------|-------------|-------------|------------|--------------|
| BB-18-0004 | (702) 559-6753 | 01/23/2019 | 11:16:58 | 00:00:48 | Incoming | Pertinent | 385 | (415) 937-2088 | UM2088 [Customer] |

Synopsis: UM2088 to REANOS-MORENO

Both parties greet. REANOS-MORENO said he only has "night" ones (possibly narcotics). UM2088 said he did not believe REANOS-MORENO. REANOS-MORENO said he [REANOS-MORENO] did not have anything (possibly narcotic), but the "night" ones (possibly narcotics). UM said he [UM] just needed a half and REANOS-MORENO said there were no halves. UM said hopefully tomorrow. REANOS-MORENO said okay, tomorrow.

EOC
SB: JR
RB: SAV

| Case | Target | Date | Time | Duration | Direction | Record Flag | Call Number | Contact ID | Contact Name |
|------|--------|------|------|----------|-----------|-------------|-------------|------------|--------------|



| BB-18-0004 | (702) 559-6753 | 01/25/2019 | 11:50:29 | 00:00:16 | Incoming | Pertinent | 481 | (415) 937-2088 | UM2088 [Customer] |

Synopsis: UM2088 to REANOS-MORENO

UM2088 asked REANOS-MORENO to drop by. REANOS-MORENO said he would drop by right now.

EOC

SB: CEG
RB: AF

| Case | Target | Date | Time | Duration | Direction | Record Flag | Call Number | Contact ID | Contact Name |
|------|--------|------|------|----------|-----------|-------------|-------------|------------|--------------|



| Case | Target | Date | Time | Duration | Direction | Record Flag | Call Number | Contact ID | Contact Name |
|------|--------|------|------|----------|-----------|-------------|-------------|------------|--------------|
| BB-18-0004 | (702) 559-6753 | 01/26/2019 | 12:28:53 | 00:00:30 | Incoming | Pertinent | 517 | (415) 937-2088 | UM2088 [Customer] |

Synopsis: UM2088 to REANOS-MORENO

UM2088 asked REANOS-MORENO to stop by. REANOS-MORENO said he would stop by. UM2088 acknowledged.

EOC
SB: AB

RB: CEG

| Case | Target | Date | Time | Duration | Direction | Record Flag | Call Number | Contact ID | Contact Name |
|------|--------|------|------|----------|-----------|-------------|-------------|------------|--------------|



Synopsis: ▮▮▮▮▮▮

| BB-18-0004 | (702) 559-6753 | 01/29/2019 | 11:44:32 | 00:00:28 | Incoming | Pertinent | 700 | (415) 937-2088 | UM2088 [Customer] |

Synopsis: UM2088 to REANOS-MORENO

UM2088 told REANOS-MORENO to go by. REANOS-MORENO said he would go by soon.

EOC

SB: SAV
RB: AF

| BB-18-0004 | (702) 559-6753 | 01/29/2019 | 12:20:41 | 00:00:17 | Outgoing | Pertinent | 702 | (415) 937-2088 | UM2088 [Customer] |

Synopsis: REANOS-MORENO to UM2088

REANOS-MORENO told UM2088 to have the gate open because he (REANOS-MORENO) was parking, and he (REANOS-MORENO) would go inside. UM2088 said okay.

EOC

SB: SAV
RB: AF



| Case | Target | Date | Time | Duration | Direction | Record Flag | Call Number | Contact ID | Contact Name |
|------|--------|------|------|----------|-----------|-------------|-------------|------------|--------------|

| BB-18-0004 | (702) 559-6753 | 01/29/2019 | 22:01:22 | 00:03:57 | Incoming | Pertinent | 756 | (415) 937-2088 | UM2088 [Customer] |

Synopsis:     UM2088 to REANOS-MORENO

UM2088 said [U/I] told him they (UM2088 and others) had to leave right then. REANOS-MORENO said they (UM2088 and others) would not have to leave right then, but maybe another day because of the trash. UM2088 said they always took out the trash. REANOS-MORENO said they did not take the trash because the guys checked the trash they (guys) would not take it if it was in the recycling bin. UM2088 said they left the trash bin this week. UM2088 said he threw away the trash somewhere else. REANOS-MORENO said he (third party) sent him a message about the trash not being picked up. UM2088 said the trash would be picked up tomorrow.

REANOS-MORENO and UM2088 continued conversation about not throwing away the trash in the right bin and about being asked for the apartment back. REANOS-MORENO said he would talk to him (possibly manager) to see if he (possibly manager) would give them a chance to stay, but he (possibly manager) was fed up. REANOS-MORENO said UM2088 could stay the month and would try to talk to him (possibly manager). REANOS-MORENO and UM2088 continued conversation about throwing away the trash. REANOS-MORENO said he was in charge there and would have to tell him (possibly manager) that they (UM2088 and others) forgot (possibly to dispose the trash in the right bin). UM2088 said he would get on the ball and would try to move. REANOS-MORENO said he would talk to him (possibly manager) and would see what would happen. UM2088 said all right.

eoc

SB: AF
RB: CEG

| Case | Target | Date | Time | Duration | Direction | Record Flag | Call Number | Contact ID | Contact Name |
|------|--------|------|------|----------|-----------|-------------|-------------|------------|--------------|



| BB-18-0004 | (702) 559-6753 | 01/30/2019 | 12:05:17 | 00:00:17 | Outgoing | Pertinent | 775 | (415) 937-2088 | UM2088 [Customer] |

Synopsis:

REANOS-MORENO called UM2088

REANOS-MORENO told UM2088 to open the door. UM2088 said yes.

EOC

SB: CEG
RB: SAV

| Case | Target | Date | Time | Duration | Direction | Record Flag | Call Number | Contact ID | Contact Name |
|------|--------|------|------|----------|-----------|-------------|-------------|------------|--------------|
|  | | | | | | | | | |
| BB-18-0004 | (702) 559-6753 | 01/31/2019 | 10:25:09 | 00:00:47 | Incoming | Pertinent | 826 | (415) 937-2088 | UM2088 [Customer] |

Synopsis:   UM2088 to REANOS-MORENO

UM2088 told REANOS-MORENO to go over. REANOS-MORENO said he would be there. UM2088 asked if REANOS-MORENO had "crystal" (possibly narcotics) and REANOS-MORENO said he did and it was good.

EOC

SB: SAV
RB: AF

| BB-18-0004 | (702) 559-6753 | 01/31/2019 | 11:25:56 | 00:00:19 | Outgoing | Pertinent | 828 | (415) 937-2088 | UM2088 [Customer] |

Synopsis:   REANOS-MORENO to UM2088

REANOS-MORENO told UM2088 to open the door for him (REANOS-MORENO). UM2088 said okay.

EOC

SB: SAV
RB: CEG

| Case | Target | Date | Time | Duration | Direction | Record Flag | Call Number | Contact ID | Contact Name |
|------|--------|------|------|----------|-----------|-------------|-------------|------------|--------------|



| BB-18-0004 | (702) 559-6753 | 02/04/2019 | 12:02:58 | 00:00:38 | Incoming | Pertinent | 1215 | (415) 937-2088 | UM2088 [Customer] |

Synopsis:   UM2088 to REANOS-MORENO

UM2088 to REANOS-MORENO to drop by. REANOS-MORENO said okay.

EOC

| Case | Target | Date | Time | Duration | Direction | Record Flag | Call Number | Contact ID | Contact Name |
|------|--------|------|------|----------|-----------|-------------|-------------|------------|--------------|
| | ███ | | | | | | | | |
| BB-18-0004 | (702) 559-6753 | 02/04/2019 | 12:02:59 | 00:00:22 | Incoming | Pertinent | 1216 | (415) 937-2088 | UM2088 [Customer] |

Synopsis: UM2088 to REANOS-MORENO

UM2088 told REANOS-MORENO to drop by. REANOS-MORENO said okay.

EOC

SB: CEG
RB: SAV

| Case | Target | Date | Time | Duration | Direction | Record Flag | Call Number | Contact ID | Contact Name |
|------|--------|------|------|----------|-----------|-------------|-------------|------------|--------------|
| BB-18-0004 | (702) 559-6753 | 02/04/2019 | 12:19:04 | 00:00:18 | Outgoing | Pertinent | 1218 | (415) 937-2088 | UM2088 [Customer] |

Synopsis: REANOS-MORENO to UM2088

REANOS-MORENO told UM2088 he (UM2088) was there. UM2088 told REANOS-MORENO to come.

EOC

SB: CEG
RB: SAV

| Case | Target | Date | Time | Duration | Direction | Record Flag | Call Number | Contact ID | Contact Name |
|---|---|---|---|---|---|---|---|---|---|



BB-18-0004 | (702) 559-6753 | 02/05/2019 | 10:19:03 | 00:00:36 | Incoming | Pertinent | 1294 | (415) 937-2088 | UM2088 [Customer]

Synopsis:

UM2088 to REANOS-MORENO

UM2088 told REANOS-MORENO to come over to the house. REANOS-MORENO said okay.

EOC

SB: SAV
RB: AF

BB-18-0004 | (702) 559-6753 | 02/05/2019 | 10:37:05 | 00:00:34 | Outgoing | Pertinent | 1298 | (415) 937-2088 | UM2088 [Customer]

Synopsis:

REANOS-MORENO to UF2088

REANOS-MORENO told UF2088 to open the door. UF2088 asked if with he gate's keys. REANOS-MORENO said yes.

EOC
SB: SAV

BB-18-0004 | (702) 559-6753 | 02/05/2019 | 10:43:01 | 00:00:17 | Outgoing | Pertinent | 1299 | (415) 937-2088 | UM2088 [Customer]

Synopsis:

REANOS-MORENO to UM2088

REANOS-MORENO said that he was outside. UM2088 told REANOS-MORENO to hold on.

EOC

SB: SAV

| Case | Target | Date | Time | Duration | Direction | Record Flag | Call Number | Contact ID | Contact Name |
|------|--------|------|------|----------|-----------|-------------|-------------|------------|--------------|

| Case | Target | Date | Time | Duration | Direction | Record Flag | Call Number | Contact ID | Contact Name |
|------|--------|------|------|----------|-----------|-------------|-------------|------------|--------------|
| BB-18-0004 | (702) 559-6753 | 02/06/2019 | 12:25:16 | 00:00:28 | Incoming | Pertinent | 1376 | (415) 937-2088 | UM2088 [Customer] |

Synopsis:    Call already in progress
[Noise in the background]

UM2088 to REANOS-MORENO

REANOS-MORENO said okay.

EOC

SB: SAV
RB: CEG

| Case | Target | Date | Time | Duration | Direction | Record Flag | Call Number | Contact ID | Contact Name |
|------|--------|------|------|----------|-----------|-------------|-------------|------------|--------------|
| BB-18-0004 | (702) 559-6753 | 02/06/2019 | 12:50:34 | 00:00:39 | Outgoing | Pertinent | 1379 | (415) 937-2088 | UM2088 [Customer] |

| Case | Target | Date | Time | Duration | Direction | Record Flag | Call Number | Contact ID | Contact Name |
|------|--------|------|------|----------|-----------|-------------|-------------|------------|--------------|
| | SB: EC | | | | | | | | |



| Case | Target | Date | Time | Duration | Direction | Record Flag | Call Number | Contact ID | Contact Name |
|------|--------|------|------|----------|-----------|-------------|-------------|------------|--------------|
| BB-18-0004 | (702) 559-6753 | 02/06/2019 | 19:38:19 | 00:01:15 | Incoming | Pertinent | 1406 | (415) 937-2088 | UM2088 [Customer] |

Synopsis: UM2088 to REANOS-MORENO

UM2088 asked REANOS-MORENO at what time REANOS-MORENO would stop working. REANOS-MORENO said he was done already. UM2088 said that he needed to go tomorrow early to the program, at 1:00 and UM2088 needed more "work" (possibly narcotics) for tonight. UM2088 said he would be leaving from there at 8:30 because he was waiting for someone. REANOS-MORENO said he was done already.

UM2088 asked REANOS-MORENO if he can go to [U/I] City and UM2088 would pay REANOS-MORENO tomorrow. REANOS-MORENO said yes, for third party to come outside and REANOS-MORENO would take it. UM2088 asked for a quarter of "hard one" (possibly narcotics) and an 8 of "black" (possibly narcotics). REANOS-MORENO said he would go take it to third party. UM2088 said okay.

EOC

SB: EC
RB: CEG

| Case | Target | Date | Time | Duration | Direction | Record Flag | Call Number | Contact ID | Contact Name |
|------|--------|------|------|----------|-----------|-------------|-------------|------------|--------------|
| BB-18-0004 | (702) 559-6753 | 02/06/2019 | 20:00:00 | 00:00:00 | Incoming | Pertinent | 1408 | (415) 937-2088 | UM2088 [Customer] |

| Case | Target | Date | Time | Duration | Direction | Record Flag | Call Number | Contact ID | Contact Name |
|------|--------|------|------|----------|-----------|-------------|-------------|------------|--------------|



| Case | Target | Date | Time | Duration | Direction | Record Flag | Call Number | Contact ID | Contact Name |
|------|--------|------|------|----------|-----------|-------------|-------------|------------|--------------|
| BB-18-0004 | (702) 559-6753 | 02/08/2019 | 13:15:44 | 00:01:11 | Outgoing | Pertinent | 1545 | (415) 937-2088 | UM2088 [Customer] |

Synopsis: REANOS-MORENO to UM2088

REANOS-MORENO asked what was up. UM2088 asked REANOS-MORENO to come by the house. REANOS-MORENO said he would come by now and had not come by because UM2088 had not called. UM2088 said that he had gotten out of work late, yesterday, and had barely woken up. REANOS-MORENO asked why. UM2088 said he had worked until 5:00 AM yesterday, and there was no one to take care of the children.

REANOS-MORENO told to have the door open because REANOS-MORENO was close by and would arrive right now

EOC

SB: CEG
RB: AB





| Case | Target | Date | Time | Duration | Direction | Record Flag | Call Number | Contact ID | Contact Name |
|------|--------|------|------|----------|-----------|-------------|-------------|------------|--------------|

| BB-18-0004 | (702) 559-6753 | 02/09/2019 | 11:25:22 | 00:00:20 | Incoming | Pertinent | 1613 | (415) 937-2088 | UM2088 [Customer] |

Synopsis: UM2088 to REANOS-MORENO

UM2088 told REANOS-MORENO to stop by. REANOS-MORENO said he would be stopping by shortly, but for UM2088 to wait, that REANOS-MORENO was just going to make a round, real quick, then would be stopping by. UM2088 said that was fine.

| Case | Target | Date | Time | Duration | Direction | Record Flag | Call Number | Contact ID | Contact Name |
|------|--------|------|------|----------|-----------|-------------|-------------|------------|--------------|



EOC
SB: AB

| Case | Target | Date | Time | Duration | Direction | Record Flag | Call Number | Contact ID | Contact Name |
|------|--------|------|------|----------|-----------|-------------|-------------|------------|--------------|
| BB-18-0004 | (702) 559-6753 | 02/09/2019 | 12:10:24 | 00:00:22 | Outgoing | Pertinent | 1637 | (415) 937-2088 | UM2088 [Customer] |

Synopsis:    REANOS-MORENO to UM2088

| Case | Target | Date | Time | Duration | Direction | Record Flag | Call Number | Contact ID | Contact Name |
|---|---|---|---|---|---|---|---|---|---|



| BB-18-0004 | (702) 559-6753 | 02/10/2019 | 13:00:00 | 00:00:40 | Incoming | Pertinent | 1739 | (415) 937-2088 | UM2088 [Customer] |

Synopsis: UM2088 to REANOS-MORENO

[Aside: REANOS-MORENO said to wait in the corner. REANOS-MORENO said hold.] UM2088 said he was in the corner. REANOS-MORENO said he (third party) was in a gray Honda. [Aside: REANOS-MORENO said a guy in a white sweatshirt. UM said [U/I]. REANOS-MORENO said he (guy) was chubby]. eoc

SB: AF

| Case | Target | Date | Time | Duration | Direction | Record Flag | Call Number | Contact ID | Contact Name |
|------|--------|------|------|----------|-----------|-------------|-------------|------------|--------------|



| Case | Target | Date | Time | Duration | Direction | Record Flag | Call Number | Contact ID | Contact Name |
|------|--------|------|------|----------|-----------|-------------|-------------|------------|--------------|
| BB-18-0004 | (702) 559-6753 | 02/11/2019 | 12:23:37 | 00:00:30 | Incoming | Pertinent | 1811 | (415) 937-2088 | UM2088 [Customer] |

Synopsis: UM2088 to REANOS-MORENO

UM2088 asked REANOS-MORENO to go over to the house. REANOS-MORENO said he would send the guy (runner) over. UM2088 said okay. eoc

SB: AF

| Case | Target | Date | Time | Duration | Direction | Record Flag | Call Number | Contact ID | Contact Name |
|------|--------|------|------|----------|-----------|-------------|-------------|------------|--------------|
| BB-18-0004 | (702) 559-6753 | 02/11/2019 | 12:23:38 | 00:00:40 | Incoming | Pertinent | 1812 | (415) 937-2088 | UM2088 [Customer] |

Synopsis: Duplicate call. Reference #1811

SB: AF

| Case | Target | Date | Time | Duration | Direction | Record Flag | Call Number | Contact ID | Contact Name |
|------|--------|------|------|----------|-----------|-------------|-------------|------------|--------------|
| BB-18-0004 | (702) 559-6753 | 02/11/2019 | 12:49:30 | 00:00:44 | Incoming | Pertinent | 1821 | (415) 937-2088 | UM2088 [Customer] |

Synopsis: UM2088 to REANOS-MORENO

REANOS-MORENO said the guy (possibly Cosme) was outside. eoc

SB: AF

| Case | Target | Date | Time | Duration | Direction | Record Flag | Call Number | Contact ID | Contact Name |
|------|--------|------|------|----------|-----------|-------------|-------------|------------|--------------|
| BB-18-0004 | (702) 559-6753 | 02/11/2019 | 12:52:09 | 00:00:28 | Incoming | Pertinent | 1824 | (415) 937-2088 | UM2088 [Customer] |

Synopsis: UM2088 to REANOS-MORENO

UM2088 said he opened but he (possibly Cosme) was not there. REANOS-MORENO said all right. eoc

SB: AF