AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT   ☒ INFORMATION   ☐ INDICTMENT
                                   ☒ SUPERSEDING

**OFFENSE CHARGED**

21 U.S.C. § 843(b) - Illegal Use of a Communication Facility

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:  Maximum 4 years imprisonment;
Maximum $250,000 fine;
Maximum of 1 year of supervised release;
$100 special assessment.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**DEFENDANT - U.S**
▶ ERIC MONTOYA MARQUEZ

DISTRICT COURT NUMBER
19-0381-12 CRB

ORIGINAL FILED
MAR 13 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT**

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☒ Is on Bail or Release from (show District)
NDCA (on this charge)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction                } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No    If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

19-71162 TSH

Name and Office of Person Furnishing Information on this form   DAVID L. ANDERSON
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   SAILAJA M. PAIDIPATY

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT         Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

Date/Time:                          Before Judge:

Comments:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney

ORIGINAL FILED
MAR 13 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. 19-0381-12 CRB |
|---|---|
| Plaintiff, | ) |
| v. | ) VIOLATION: 21 U.S.C. § 843(b) – Illegal Use of a Communications Facility |
| ERIC MONTOYA MARQUEZ | ) |
| Defendant. | ) |

S U P E R S E D I N G   I N F O R M A T I O N

The United States Attorney charges:

On January 16, 2019, in the Northern District of California and elsewhere, the defendant,

ERIC MONTOYA MARQUEZ,

did knowingly and intentionally use a communication facility in committing, causing and facilitating the commission of an act constituting a felony under Title 21, Subchapter I, in violation of Title 21, United States Code, Section 843(b).

DATED: 3/13/2020

DAVID L. ANDERSON
United States Attorney

SAILAJA M. PAIDIPATY
Assistant United States Attorney

INFORMATION